IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLYDE LAMAR HALL, #252656, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:10-CV-35-TMH |
| | )    [WO] |
| OFFICER HOLLAND, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**OPINION AND ORDER**

On June 18, 2010, the Magistrate Judge filed a Recommendation (Doc. 27) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 27) of the Magistrate Judge is ADOPTED; and

2. This case be DISMISSED without prejudice for Plaintiff's abandonment of his claims, his failure to comply with the orders of this court, and his failure to properly continue prosecution of this case.

An appropriate judgment will be entered.

Done this the 17th day of September, 2010.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE